IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00655-OES-MJW

FULL SERVICE BEVERAGE COMPANY, et al.,

Plaintiff(s),

vs.

BLUE OX DISTRIBUTORS, L.L.C., et al.,

Defendant(s).

_____

MINUTE ORDER
_____

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  June 30, 2005

   The pretrial conference previously scheduled to proceed before Judge Michael J. Watanabe on October 31, 2005, is VACATED.