UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-0655-OES-MJW

FULL SERVICE BEVERAGE COMPANY,
a Kansas Corporation; and ALL-AMERICAN
BOTTLING CORPORATION, L.L.C., an
Oklahoma Limited Liability Company,

                Plaintiffs,

vs.

BLUE OX DISTRIBUTORS, L.L.C.,
a New Jersey Limited Liability Company;
and LANSMEN, L.L.C., a Colorado
Limited Liability Company, d/b/a
NEW AGE BEVERAGE, a Registered
Trade Name,

                Defendants.

## ORDER RE MOTION TO WITHDRAW AS COUNSEL

      THE COURT having considered the Motion to Withdraw as Counsel filed by Gregory C. Smith and Emanuel N. Anton of the law firm Fairfield and Woods, P.C., and being fully advised on the matter, hereby

      ORDERS that the Motion is granted, permitting Gregory C. Smith and Emanuel N. Anton to withdraw, effective immediately, as counsel for Defendant Blue Ox Distributors, L.L.C.

      Dated at Denver, Colorado, this day of: October 18, 2005

                              BY THE COURT:

                              s/ O. Edward Schlatter
                              _____
                              O. Edward Schlatter
                              United States District Court Magistrate Judge